**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 8:24-mc-00014-JWH-KES                        Date: July 17, 2024

Titles: FT Global Capital, Inc. v. Future Fintech Group, Inc.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **Order TO SHOW CAUSE ("OSC") WHY APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR <u>PRO</u> <u>HAC</u> <u>VICE</u> (Dkt. 7) SHOULD NOT BE DENIED UNDER LOCAL RULE 83-2.1.3.2(c).**

This Court orders Defendant Future Fintech Group, Inc. to show cause why Matthew M. Wawrzyn's Application to Appear <u>Pro</u> <u>Hac</u> <u>Vice</u> should not be denied under Local Rule 83-2.1.3.2(c).

On July 16, 2024, this attorney applied for permission to appear <u>pro</u> <u>hac</u> <u>vice</u>.  (Dkt. 7.)

Local Rule 83-2.1.3.2(c) states:

Unless authorized by the Constitution of the United States or Acts of Congress, an applicant is not eligible for permission to practice pro hac vice if the applicant … is regularly engaged in business, profession, or other similar activities in California.

In 2018, Judge Anderson, of this district, concluded that L.R. 83-2.1.3.2(c) prohibited an attorney—who had appeared <u>pro</u> <u>hac</u> <u>vice</u> five times in this district within the previous three years—from appearing <u>pro</u> <u>hac</u> <u>vice</u>.  <u>Kerstein v. Antelope Valley Hosp.</u>, No. 18-08960-PA-JPR, 2018 U.S. Dist. LEXIS 231347 at *2, 2018 WL 10111360 at *1 (C.D. Cal. Dec. 13, 2018).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 8:24-cv-00014-JWH-KES                                    Date: July 17, 2024
                                                                                    Page 2

Judge Anderson did so because he concluded that those prior appearances constituted being "regularly engaged in business, profession, or other similar activities in California."  Id.

This court's research indicates that, within the last three years, Mr. Wawrzyn has appeared pro hac vice in at least the following six California cases:

- Central District: 2:20-cv-04134-AB-AFM,

- Northern District: 3:20-cv-02473-EMC,

- Northern District: 5:20-cv-07273-EJD,

- Northern District: 5:21-cv-04649-BLF,

- Northern District: 5:22-cv-001122-PCP, and

- Southern District: 3:20-cv-01350-JO-MDD

For these reasons, Defendant is ORDERED, on or before July 24, 2024, to show cause in writing why Matthew M. Wawrzyn is not "regularly engaged in business, profession, or other similar activities in California" and should not have his Application to Appear Pro Hac Vice denied under Local Rule 83-2.1.3.2(c).  Any response to this OSC shall identify all Mr. Wawrzyn's appearances in California state court in the last three years and any other California federal court appearances in the last three years that this Court has not found.

Initials of Deputy Clerk JD